**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Valerie Snipes, Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2016-000212

———————————

Appeal From Beaufort County
Gerald C. Smoak, Jr., Family Court Judge

———————————

Unpublished Opinion No. 2016-UP-347
Submitted June 24, 2016 – Filed June 29, 2016

———————————

**AFFIRMED**

———————————

Marshall L. Horton and Lindsay Yoas Goodman, both of
Horton & Goodman, LLC, of Bluffton, for Appellant.

Tracy O'Kelly Klatt, of the South Carolina Department of
Social Services, of Beaufort, for Respondent.

Gregory Michael Galvin, of Galvin Law Group, of
Bluffton, for the Guardian ad Litem.

———————————

**PER CURIAM:** Valerie Snipes appeals the family court's final order terminating her parental rights to her minor child. *See* S.C. Code Ann. § 63-7-2570 (Supp. 2015). Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues that warrant briefing. Accordingly, we affirm the family court's ruling and relieve Snipes' counsel.

**AFFIRMED.**[1]

**HUFF, KONDUROS, and GEATHERS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.